UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DELIA REYNOLDS,

                    Plaintiff,

          -against-

ROCKAWAY HD LLC d/b/a FAR ROCKAWAY
DIALYSIS,

                    Defendant.

**Docket No.:
21-cv-05408 (NRM)(TAM)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this

action that:

1.      The above-captioned action is dismissed *with prejudice* pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and without an award of costs,

disbursements, or attorneys' fees to any party except as provided for in the parties' agreement; and

        This Stipulation may be executed in counterparts with scanned PDF or facsimile signatures

treated as originals.

BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiff*
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel.: 516-248-5550

By: _____
       Andrew C. Weiss, Esq.

Dated:  June 19, 2024

THORGOOD LAW FIRM
*Attorneys for Defendant*
270 Madison Avenue, Suite 1500
New York, New York 10016
Tel.: 212-490-0704

By: _____
       Shamsey Oloko, Esq.

Dated:  June 19, 2024